# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **AMY OWENS** | **CIVIL ACTION NO. 05-995** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GILSBAR INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons contained in this Court's Ruling and for the reasons contained in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and after an independent review of the entire record and the written objections filed herein,

The Court ADOPTS IN PART AND DECLINES TO ADOPT IN PART the findings and conclusions set forth in the Magistrate Judge's Report and Recommendation [Doc. No. 27].

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' denial of benefits be REVERSED**,** and that Plaintiff be awarded benefits in the amount of $23,469.08 for expenses related to her surgery for a nasal septal deviation.

IT IS HEREBY FURTHER ORDERED that Plaintiff's request for attorneys' fees is DENIED.

MONROE, LOUISIANA this 1st day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE